UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOBBS, et al.,

      Plaintiffs,

    v.

NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,

      Defendants.
_____/

No. C 10-1065 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

This matter also relates to:

Paige v. New Haven Unified School Dist., C 09-0687 PJH
Fobbs v. New Haven Unified School Dis., C 09-2723 PJH
_____/

     Pursuant to Local Rule 72-1, this action is referred to Magistrate Judge Spero for consideration and resolution of all discovery matters, to be considered in connection with the above-referenced related cases that have already been referred to Judge Spero for discovery purposes. The parties' joint request for order coordinating depositions among three related actions, which has been filed in all three related actions, is also referred to Judge Spero for resolution.

     The parties to the instant action shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED**.

Dated: May 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record