MELINDA L. HAAG (CSBN 132612)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

**E-Filed 9/14/2010**

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:  (415) 436-7180
Facsimile:  (415) 436-6748
Email:  charles.oconnor@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLOVERDALE RANCHERIA OF POMO INDIANS OF CALIFORNIA, a federally-recognized Indian Tribe; JAVIER MARTINEZ; SARAH GOODWIN; LENETTE LAIWA-BROWN; GERAD SANTANA and JOHN TRIPPO, in their official capacities as members of the Cloverdale Rancheria of Pomo Indians of California Tribal Council; and COMMITTEE TO ORGANIZE THE CLOVERDALE RANCHERIA GOVERNMENT, an unincorporated association,<br><br>    Plaintiffs,<br><br>    v.<br><br>KENNETH L. SALAZAR, Secretary of the Department of the Interior; et al.,<br><br>    Defendants. | No. C 10-1605 JF<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>ORDER<br><br>~~(Proposed)~~<br><br>Date:  September 24, 2010<br>Time:  10:30 a.m. |

    Pursuant to the Clerk's Notice filed August 18, 2010, a Case Management Conference for this action was set for September 24, 2010 at 10:30 a.m.

    On August 20, 2010, Defendants' Motion to Dismiss First Amended Complaint was filed and noticed for hearing on October 8, 2010.

1    On September 3, 2010, Proposed Intervenor-Defendant Cloverdale Rancheria of Pomo
2 Indians of California filed the following motions and notice them for hearing on October 8, 2010:
3 Motion for Intervention;   Motion to Dismiss First Amended Complaint and Motion to Strike
4 Named Plaintiff; and, Motion for Sanctions.
5    WHEREAS, the rulings on the motions now set for hearing on October 8, 2010 will all
6 have a potential bearing on both the future course of this case and the participants in the case,
7    IT IS HEREBY STIPULATED, by the parties and the proposed intervenor-defendant,
8 through their respective undersigned counsel, that the Case Management Conference set for
9 August 18, 2010 may be continued to a date after the hearing on the motions set for October 8,
10 2010.

Respectfully submitted,

FREDERICKS PEEBLES & MORGAN LLP

Dated: September 9, 2010   By: /s/
   STEVEN J. BLOXHAM, ESQ.

Attorneys for Plaintiffs

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 9, 2010   By: /s/
   CHARLES M. O'CONNOR
   Assistant United States Attorney

Attorneys for the Defendants

**Stipulation to Continue Case Management Conference**; Order (Proposed)
*Cloverdale Rancheria  v. Salazar* C 10-1605 JF                                                         Page 2

1                                        KAZHE LAW GROUP PC

2

3  Dated: September 9, 2010               By: /s/
                                             ROSE M. WECKENMANN

4

5                                        Attorneys for Proposed Intervenor-Defendant, Cloverdale Rancheria of Pomo Indians of California

6

7

8       PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is hereby continued to October 8, 2010 at 9:00 am following the motion hearing. ~~10:30 a.m.~~

9

10  Dated: September 14, 2010

11                                        JEREMY FOGEL
                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation to Continue Case Management Conference**; Order (Proposed)
*Cloverdale Rancheria v. Salazar* **C 10-1605 JF**                          **Page 3**