**E-Filed 3/10/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CLOVERDALE RANCHERIA OF POMO INDIANS OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>Defendants. | Case Number 5:10-cv-01605-JF<br><br>ORDER ADMINISTRATIVELY TERMINATING MOTIONS IN LIGHT OF STAY |

On October 8, 2010, the Court issued an order staying proceedings in this case pending further administrative review. At that time, the Court intended to administratively terminate all pending motions, documents [22], [24], [25], and [26], but it failed to do so. The Court would have directed counsel to re-notice their motions if and when it became appropriate to do so following the administrative proceedings. Accordingly, the motions will be administratively terminated *nunc pro tunc* to October 8, 2010. Counsel shall re-notice their motions for hearing on March 25, 2011, at 9:00. The substantive motion papers need not be re-filed.

IT IS SO ORDERED.

DATED: 3/10/2011

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-01605-JF
ORDER ADMINISTRATIVELY TERMINATING MOTIONS IN LIGHT OF STAY
(JFLC2)