\*\*E-Filed 7/15/2011\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CLOVERDALE RANCHERIA OF POMO INDIANS OF CALIFORNIA, a formerly federally recognized Indian Tribe, JAVIER MARTINEZ; SARAH GOODWIN; LENETTE LAIWA-BROWN; GERAD SANTANA and JOHN TRIPPO, in their official capacities as members of the Cloverdale Rancheria of Pomo Indians of California Tribal Council; and COMMITTEE TO ORGANIZE THE CLOVERDALE RANCHERIA GOVERNMENT, and unincorporated association,<br><br>  Plaintiffs,<br><br>  v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>  Defendants. | Case No. 5:10-cv-1605 JF/PVT<br><br>ORDER[1] GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT |

Plaintiffs seek leave to file a second amended complaint. On May 17, 2011, the Court granted Defendants motion to dismiss for lack of subject matter jurisdiction, noting that it did so without prejudice to consideration of the instant motion. Defendants have filed a statement of nonopposition. Accordingly, the Court grants leave to file a second amended complaint consistent with the Court's order of May 17, 2011.

---

[1] This disposition is not designated for publication in the official reports.

1 | **IT IS SO ORDERED.**

2 | DATED: July 15, 2011

3 |         JEREMY FOGEL
        United States District Judge

Case No. 5:10-cv-1605 JF/PVT
ORDER GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION; TERMINATING MOTION TO INTERVENE AS MOOT
(JFLC3)